**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SIDNEY LOGWOOD,               )

                         )

               Plaintiff,    )     11 C 4932

                         )

        vs.              )     Judge Der-Yeghiayan

                         )

OFFICER RODRIGUEZ #5099, OFFICER CHEN  )

#13176, OFFICER WILLIAMS #5503, OFFICER  )     Magistrate Judge Gilbert

CLAY #17684, and THE CITY OF CHICAGO,  )

a Municipal Corporation,         )     JURY DEMANDED

                         )

            Defendants.   )

**PLAINTIFF'S PROPOSED VERDICT FORM**

We, the Jury, find as follows:

**COMPENSATORY DAMAGES:**

On Plaintiff's claim of <u>Excessive Force</u>, we find:

_____      For Plaintiff as against Defendant Rodriguez

_____      For Plaintiff as against Defendant Chen

_____     For Plaintiff as against Defendant Clay

_____     For Plaintiff as against Defendant Williams

_____     Against Plaintiff as to all Defendants

We award plaintiff compensatory damages in the following amount \$_____

On Plaintiff's claim of <u>False Arrest,</u> we find:

_____      For Plaintiff as against Defendant Rodriguez

_____      For Plaintiff as against Defendant Chen

_____      For Plaintiff as against Defendant Clay

_____      For Plaintiff as against Defendant Williams

_____      Against Plaintiff as to all Defendants

We award plaintiff compensatory damages in the following amount $_____

On Plaintiff's claim of <u>Assault,</u> we find:

_____      For Plaintiff as against Defendant Rodriguez

_____      For Plaintiff as against Defendant Chen

_____      For Plaintiff as against Defendant Clay

_____      For Plaintiff as against Defendant Williams

_____      Against Plaintiff as to all Defendants

We award plaintiff compensatory damages in the following amount $_____

On Plaintiff's claim of <u>Battery,</u> we find:

_____      For Plaintiff as against Defendant Rodriguez

_____      For Plaintiff as against Defendant Chen

_____      For Plaintiff as against Defendant Clay

_____      For Plaintiff as against Defendant Williams

_____      Against Plaintiff as to all Defendants

We award plaintiff compensatory damages in the following amount $_____

On Plaintiff's claim of <u>Malicious Prosecution,</u> we find:

_____      For Plaintiff as against Defendant Rodriguez

_____      For Plaintiff as against Defendant Chen

2

_____        For Plaintiff as against Defendant Clay

_____        For Plaintiff as against Defendant Williams

_____        Against Plaintiff as to all Defendants

We award plaintiff compensatory damages in the following amount $_____

**PUNITIVE DAMAGES:**

       We find that the following punitive damages should be assessed

               _____ Against Defendant Officer Rodriguez

               _____Against Defendant Officer Chen

               _____Against Defendant Officer Clay

               _____Against Defendant Officer Williams

We award plaintiff punitive damages in the following amount $ _____

PLEASE SIGN AND DATE THIS FORM:

_____        _____

FOREPERSON
_____        _____

_____        _____

_____        _____

_____        _____

### Defendants' Objection to Plaintiff's Proposed Verdict Form

   Defendants' verdict form is streamlined and less confusing for the jury.  Defendants' form clearly and appropriately has the jury address liability in the first section and then address damages to be awarded, if any, in the next section.  Plaintiff's form misleads the jury with regard to an award of compensatory damages under each count – it essentially allows Plaintiff to recover six times for the same incident.  Plaintiff's form also does not appropriately instruct the jury regarding punitive damages.  Therefore, Defendants request that their proposed verdict form be used at trial.

4